IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 03-00200HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| FERDINAND PASION (06) | ) | |
| and SAMUEL PASION (07), | ) | |
| | ) | |
| Defendants. | ) | |

I, LOUIS A. BRACCO, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt of all of the Government's exhibits 1A thru 5B admitted in evidence at hearing on Motion to Suppress.

DATED:   Honolulu, Hawaii, _____6/30/06_____.

_____
Signature

Attorney for: UNITED STATES OF AMERICA