IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 03-00200HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| FERDINAND PASION (06), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

I, PAMELA E. TAMASHIRO, ESQ., attorney for Defendant Ferdinand

Pasion (06), acknowledge receipt of Defendants exhibits 201 - 205, 207 - 214 and

216, admitted in evidence at hearing on Motion to Suppress

1A thru 5B  admitted in evidence at hearing re Motion to Suppress on January 27,

2004, and sentencing Ex #1.

DATED:    Honolulu, Hawaii, _____9/13/06_____.

_____
                                    Signature

RECEIVED

CLERK, U.S. DISTRICT COURT

SEP 1 3 2006

DISTRICT OF HAWAII