AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

SEALED BY ORDER OF THE COURT

UNITED STATES OF AMERICA

V.

FERDINAND PASION
aka "Fred Pasion"

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 00 min A M
SUE BEITIA, CLERK

## WARRANT FOR ARREST

Case Number: CR 03-00200 HG-06

YOU ARE HEREBY COMMANDED TO ARREST FERDINAND PASION and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment, charging him or her with (brief description of offense)

Conspiracy to distribute and possession with intent to distribute in excess of 50 grams of methamphetamine, Sched. II controlled substance

Possessed with intent to distribute in excess of 50 grams of methamphetamine, Sched. II controlled substance

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1) &(b)(1)(A), & 841(b)1)(A).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 10, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Barry M. Kurren, United States Magistrate Judge

---

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| Date Received | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Rachel A Byrd | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* Rachel A Byrd |
| Date of Arrest JUN 2 0 2003 | | |